STATE v. JOHN E. ELLIS.

(Filed 20 May, 1936.)

**Constitutional Law F d: Criminal Law L f—**

Upon defendant's appeal from judgment and sentence by the court after defendant had entered a conditional plea of guilty under ch. 23, Public Laws of 1933, the case will be remanded in order that a jury may pass upon defendant's guilt or innocence in accordance with defendant's constitutional right.

APPEAL by defendant from *Williams, J.,* at November Term, 1935, of NEW HANOVER.

Criminal prosecution, tried upon warrant charging the defendant with violations of the prohibition law.

From a conviction in the recorder's court of New Hanover County and sentence of sixty days on the roads, the defendant appealed to the Superior Court, where he tendered a "conditional plea of guilty" under ch. 23, Public Laws 1933, which was accepted by the solicitor.

Upon hearing the evidence, without the intervention of a jury, the court adjudged the defendant "guilty" and sentenced him to two years on the roads.

Defendant appeals, assigning errors.

*Attorney-General Seawell and Assistant Attorney-General McMullan for the State.*

*W. F. Jones for defendant.*

STACY, C. J. It is conceded in the State's brief a new trial must be awarded under authority of *S. v. Camby,* 209 N. C., 50, to the end that a jury may pass upon the guilt or innocence of the accused, as is his constitutional right. It is so ordered. *S. v. Hill,* 209 N. C., 53.

New trial.